Steavin Martin
Name
704760
Prison Number
JAKE'S PLACE
Place of confinement
PO BOX 1443
Mailing address
DILLINGHAM, AK 99576
City, State, Zip
N/A
Telephone

RECEIVED

SEP 2 1 2021

CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

Steavin Reed Martin,
(Enter full name of plaintiff in this action)

Plaintiff,

vs.

Presiding Judge, ~~Mike Rhodes~~

DIANA KNIAZEWYCZ,

MIKE RHODES,
(Enter full names of defendant(s) in this action.
Do NOT use *et al.*)

Defendant(s).

Case No. 3:21-CV-00211-TMB
(To be supplied by Court)

**PRISONER'S
COMPLAINT UNDER
THE CIVIL RIGHTS ACT
42 U.S.C. § 1983**

### A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3).

### B. Parties

1. Plaintiff: This complaint alleges that the civil rights of Steavin Martin,
(print your name)

who presently resides at JAKE'S PLACE, PO BOX 1443, DILLINGHAM
(mailing address or place of confinement) AK 99576

were violated by the actions of the individual(s) named below.

Rhodes Presiding Judge,
DIANA KNIAZEWYCZ,
MIKE RHODES,
CLERK OF THE COURTS

2. <u>Defendants</u> (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, _____Presiding Judge_____ is a citizen of
_____Alaska_____, and is employed as a_____Judge_____.
　　　(state)　　　　　　　　　　　　　(defendant's government position/title)

✓ This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
✓ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2, _____Diana    Kniazewycz_____ is a citizen of
_____Alaska_____, and is employed as a_____DA_____.
　　　(state)　　　　　　　　　　　　　(defendant's government position/title)

✓ This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
✓ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3, _____MIKE   RHODES_____ is a citizen of
_____ALASKA_____, and is employed as a_____PUBLIC  DEFENDER / Denali Law_____.
　　　(state)　　　　　　　　　　　　　(defendant's government position/title)

✓ This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
✓ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

***REMINDER***
**You must exhaust your administrative remedies before your claim can go forward.**
**THE COURT MAY DISMISS ANY UNEXHAUSTED CLAIMS.**

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

Prisoner § 1983 - 2
PS01, Nov. 2013

Claim 1: On or about ~~8·28·21~~ 12·19·20 to 9·2·21 , my civil right to
_(Date)_

~~Continuous~~ Continuous violation of my 14th amendment

(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List only one violation.)

was violated by Presiding Judge, Diana Kniazewycz, Mike Rhodes
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 1. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.):

Since my arrest on Dec. 19, the Presiding Judge, the DA Diana Kniazewycz, and attorney Mike Rhodes have continuosly conspired against my 14th amendment right, by excluding me from court hearings, effectivly elemenanting my ability to exhaust my administrative remedys. In the process of violating my rights they have also violated: AK Stat. § 11.56.200 (perjury) a class B Felony $100,000 fine, AK Stat. § 11.76.110 Interfering with constitutional rights, a class A mude misdemeanier $25,000 fine, and AK Stat § 11.56.850 professional misconduct $25,000 fine class A misdemeaner. After several request my attorney MR. Rhodes refused to file motion for dismissal on my behalf, stating that, he doesn't think it will bear fruit. This also violates my 14th amendment. 18 USC. § 3162 (a)(i) & 3161 (b) requires an indictment be filed within 30 days after or case be dismissed. The courts cannot use covid 19 as an excuse to post pone or suspend my inalienable rights at their conveniance.

<u>Claim 2</u>: On or about _____, my civil right to

(Date)

_____
(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom
from cruel and unusual punishment, etc.  List **only one** violation.)

was violated by _____
(Name of the specific Defendant who violated this right)

<u>Supporting Facts</u> (Briefly describe facts you consider important to Claim 2.  State what happened briefly and clearly, in your own words.  Do not cite legal authority or argument.  Describe exactly what each defendant, by name, did to violate the right alleged in Claim 2.):

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Claim 2: On or about ___12.29.21___, my civil right to
(Date)
___6th amendment right to a speedy and public trial___
(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List **only one** violation.)

was violated by ~~presid~~ Presiding Judge, DA Diana Kwiazewycz & MIKE RHODES
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 3. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

The Judge and my attorney along with the DA have continuously violated my 6th amendment right to a speedy and public trial. The court is using their power of deception to stop and start rule 45 at the convenience of the court. This effectively renders my 6th amendment right null and void. A defendants right to a speedy trial has roots at the very base of the English heritage, and no other right is so fundamentaly important as a defendants right to speedy trial. If the strict time requirements are not met the courts have no choice but to dismiss. The strictness of the remedy highlights the importance of the right it protects. The state is attempting to justify this violation by stating that it is being done in equal and fair manner to everyone. I have not willingly waived any time or given the court permission to do so. Wether or not it is convenient for the court, my 6th amendment right to speedy trial is being continuously violated. All three parties are acting in collusion to deny me this right have violated their oath of office, committing crimes. I am suing each defendant in their individual capacity for punitive damages.

Prisoner § 1983 - 5
PS01, Nov. 2013

**D. Previous Lawsuits**

1. Have you begun other lawsuits in **state or federal court** dealing with the same facts involved in this action, **or otherwise relating to your imprisonment?** _____ Yes ✓ No

2. If your answer is "Yes," describe each lawsuit.

a. <u>Lawsuit 1</u>:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed:_____ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____

b. <u>Lawsuit 2</u>:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed:_____ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____

3. Have you filed an action in federal court that was dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted?

_____Yes ✓ No

If your answer is "Yes," describe each lawsuit on the next page.

Prisoner § 1983 - 6
PS01, Nov. 2013

**Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s):_____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised: _____

e. Approximate date case was filed:_____ Date of final decision: _____

**Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s):_____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised:_____

e. Approximate date case was filed:_____ Date of final decision: _____

**Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s):_____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised:_____

e. Approximate date case was filed:_____ Date of final decision: _____

**4. Are you in imminent danger of serious physical injury?** _____ Yes _____ No

If your answer is "Yes," please describe how you are in danger, without legal argument/authority: _____

_____

_____

_____

Prisoner § 1983 - 7
PS01, Nov. 2013

## F. Request for Relief

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $ _2.420,000_

2. Punitive damages in the amount of $ _2.420,000_

3. An order requiring defendant(s) to _Dismiss charges_

4. A declaration that _We made a mistake and agree to dismiss and/or pay._

5. Other: _____

Plaintiff demands a trial by jury. __✓__ Yes _____ No

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above civil rights complaint and that the information contained in the complaint is true and correct.

Executed at ___Jake's Place___ on ___9.10.21___
(Location)                                   (Date)

_[signature]_
(Plaintiff's Signature)

_[signature]_                    ___9-10.21___
Original Signature of Attorney (if any)        (Date)

_____
_____
_____
Attorney's Address and Telephone Number

Prisoner § 1983 - 8
PS01, Nov. 2013





Steavin Martin
Jake's Place
PO Box 1443
Dillingham, AK 99576

CERTIFIED MAIL

7019 2280 0000 7487 6117





US POSTAGE
$08.80

Mailed From 99576
09/13/2021
032A 0061824319

U.S. POSTAGE PAID
PCM 1.5 ENV
DILLINGHAM, AK
99576
SEP 14 21
AMOUNT
$0.00
R2304W119882-15



Clerk of Court
United States District Court
District of Alaska
222 W. 7th Avenue, Box 4
Anchorage, AK 99513-7564



RETURN RECEIPT
REQUESTED

RETURN RECEIPT
REQUESTED



RETURN RECEIPT
REQUESTED